**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REINALDO JESUS MONTOYA RAVARD,<br>Petitioner,<br>v.<br>LUIS SOTO, et al.,<br>Respondents. | Civil Action No. 26-11455 (BRM)<br><br>**ORDER** |

Before the Court is Petitioner Reinaldo Jesus Montoya Ravard's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") challenging his detention by immigration authorities. (ECF No. 1.) Respondents filed an expedited answer, submitting that Petitioner is detained under a final order of removal pursuant to 8 U.S.C. § 1231(a). (ECF No. 5.) Petitioner replied arguing that he has withholding of removal to Venezuela and Respondents cannot remove him in the reasonably foreseeable future. (ECF No. 6.)

Petitioner was issued a final order of removal pursuant to § 1231(a) on April 10, 2018. (ECF No. 5 at 1.) Petitioner's 90-day mandatory "removal period" concluded on July 9, 2018, 90 days after his order of removal became administratively final on April 10, 2018. 8 U.S.C. § 1231(a)(1)(B)(i).

Petitioner argues that Respondents cannot show that there is a significant likelihood of removal in the foreseeable future. (*See generally* ECF No. 6.) Petitioner submits that Respondents have not: (1) a identified third accepting country; (2) a formally issued travel document; and (3) a scheduled removal itinerary. (*Id.* at 1–2.)

Accordingly

**IT IS** on this 29th day of September 2026,

**ORDERED** that within five (5) days of the date of the entry of this Order, Respondents shall file supplemental briefing; **Respondents shall address the likelihood of Petitioner's removal from this Country in the foreseeable future; specifically Respondents shall provide the Court with (1) the identify of any third country that has agreed to accept Petitioner; (2) any travel documents that have been obtained to effectuate Petitioner's removal and (3) an affidavit from someone with knowledge of the plan to imminently remove Petitioner**; and it is further

**ORDERED** that Petitioner may file and serve a reply in within three (3) days after Respondents' response if filed; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Order upon the parties electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**