**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Jewell Christian Stewart*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Jewell.Stewart @usdoj.gov*

*main: (973) 297-2024*
*direct: (862) 412-7410*
*fax: (973) 645-2702*

November 9, 2026

**BY ECF**
Honorable Brian R. Martinotti, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Montoya Ravard v. Soto, et al.*, No. 2:26-cv-11455 (BRM)**
**Request for Brief Extension**

Dear Judge Martinotti:

This Office represents Respondents in this habeas action. I write in response to the Court's October 27, 2026 order requiring Respondents to file and serve an Answer to the Amended Petition by November 10, 2026. I respectfully request an extension of time to comply with the Court's order until Tuesday, November 17, 2026.

I respectfully submit that good cause exists for this extension as the Court's Order specifically directs Respondents to address Petitioner's claims regarding the revocation of his Order of Supervision, and this Office is still clarifying details of this alleged revocation with Respondents. This extension will allow for this Office to ensure the completeness and accuracy of its response to the Amended Petition.

We thank the Court for its attention to this matter.

ROBERT FRAZER
United States Attorney

By: *s/ Jewell Stewart*
JEWELL CHRISTIAN STEWART
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: 11/10/2027